_____

No. 96-2610MN
_____

Glen Tschida,                          *
                                       *
            Appellant,                 *    Appeal from the United States
                                       *    District Court for the District
    v.                                 *    of Minnesota.
                                       *
County of Ramsey,                      *            [UNPUBLISHED]
                                       *
            Appellee.                  *
_____

                 Submitted:  February 14, 1997

                   Filed:  March 5, 1997
_____

Before McMILLIAN, JOHN R. GIBSON, and FAGG, Circuit Judges.
_____


PER CURIAM.


     Glen Tschida appeals the district court's adverse grant of summary
judgment in this disability-based employment discrimination action.
Essentially, the district court decided that Tschida's employment was
terminated before the effective date of the Americans with Disabilities Act
and that Tschida failed to prove he was qualified for any of the other
positions for which he applied. Having reviewed the record and the
materials submitted by the parties, we conclude the district court's
decision is clearly correct. We decline to address the mixed-motive
argument that Tschida raises for the first time on appeal. Finally, based
on Tschida's failure to invoke the protection of Federal Rule of Civil
Procedure 56(f), we reject his contention that the district court
improperly granted summary judgment before Tschida had an opportunity to
complete discovery. Finding no reversible error, we affirm for the reasons
stated in the district court's order. See 8th Cir. R. 47B.

A true copy.

Attest:

     CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.